

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellant's reply brief is due November 21, 2022. On November 17, 2022, appellant filed a motion requesting a twenty-day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file its reply brief **by December 12, 2022.**

It is so **ORDERED** on November 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

